UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEVIN T. HANNON,                                                Civil No.  09-3725 PJS/AJB

             Plaintiff,

v.                                                                     ORDER

MARK D. KELLY AND LAW OFFICES,
and MINNESOTA STATE PUBLIC
DEFENDERS OFFICE,

             Defendants.

_____

        Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United

States Magistrate Judge Arthur J. Boylan dated February 24, 2010, all the files and records, and

no objections having been filed to said Recommendation,

        IT IS HEREBY ORDERED that:

        1.  Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

        2.  Plaintiff's motion for appointment of counsel, (Docket No. 3), is **DENIED**;

        3.  This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii);

        4.  Plaintiff is required to pay the unpaid balance of the Court filing fee, namely $330.19,

in accordance with 28 U.S.C. § 1915(b)(2); and

        5.  For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds that it is

frivolous, malicious, or fails to state a claim on which relief may be granted."


DATED: March 23, 2010.                         s/Patrick J. Schiltz
                                                            Patrick J. Schiltz
                                                            United States District Judge